THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. F. W. WOOLWORTH Co., Appellant. — (Case No. 1.) The information charged defendant with unlawfully keeping and offering for sale a quantity of food not wholesome and fit for human consumption. The food in question was kept in a locked storeroom; and it was the custom to inspect all food in such storeroom and destroy that which had become unwholesome before it was taken to the store and offered for sale. Judgment of conviction by a city magistrate, sitting, by consent, as a Court of Special Sessions of the City of New York, Borough of Queens, reversed on the law, information dismissed and fine remitted on the authority of *People* v. *Woolworth Co.* (246 App. Div. 838). (Case No. 2.) Judgment of conviction by a city magistrate, sitting, by consent, as a Court of Special Sessions of the City of New York, Borough of Queens, reversed on the law, information dismissed and fine remitted on authority of *People* v. *Woolworth Co., No. 1* (*supra*), decided herewith. Lazansky, P. J., Davis, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK on the Petition of CHARLES T. PURDY, Respondent, v. JOHN IANIRI, as Assessor of the Town of Harrison, N. Y., ROBERT P. VIGNOLA and Others, Composing the BOARD OF REVIEW OF THE TOWN OF HARRISON, NEW YORK, Appellants.— Order granting relator's motion to amend the petition in a certiorari tax proceeding affirmed, with ten dollars costs and disbursements. (*People ex rel. Di Leo* v. *Edwards*, 247 App. Div. 331, 334; *People ex rel. R. R. Co.* v. *Assessors*, 10 id. 393.) Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ., concur.

## (April 23, 1937.)

ESTHER APSEL and BENJAMIN APSEL, Appellants, v. ROSIE EDELSTEIN, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

ARVERNE BAY CONSTRUCTION COMPANY, Respondent, v. EDWIN H. THATCHER, as Superintendent of Buildings of the Borough of Brooklyn, City of New York, and THE CITY OF NEW YORK, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Johnston and Taylor, JJ.; Lazansky, P. J., not voting.

HERMAN BURCH, as Administrator, etc., of CARMEN BURCH, Deceased, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

MICHAEL FREDERICI and ROSE FREDERICI, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 432.] Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.